# Order

**Lansing, Michigan**

July 21, 2015

Rehearing No. 607

149940(43)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

LORI L. STONE,
      Plaintiff-Appellee,

v

MICHIGAN STATE POLICE,
      Defendant-Appellant.

_____/

SC: 149940
COA: 314848
Ct of Claims: 10-000033-MZ

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2015

